# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 155 MAL 2022

         Respondent             :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

         v.                     :

                                        :

DONALD EUGENE WINDON, JR.,       :

                                        :

         Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.